October 31, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN POWELL, Appellant

NO. 14-12-00776-CV                                   V.

SUSAN REISWERG, INDIVIDUALLY AND AS INDEPENDENT
EXECUTRIX OF THE ESTATE OF MEYER REISWERG, Appellee

_____

This cause, an appeal from the judgment signed May 18, 2012, in favor of appellee, Susan Reiswerg, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant John Powell to pay all costs incurred in this appeal.

We further order this decision certified below for observance.